# Christy Duke

**From:** Tedrick Knightshead
**Sent:** Monday, February 15, 2016 9:55 AM
**To:** Kearney Loughlin
**Cc:** Christy Duke; Tedrick Knightshead
**Subject:** RE: Brett Percle

We tried to subpoena you client's transcript from LSU. They advised that the signature on the release did not match the signature on file for Mr. Percle. They then contacted him, and he advised that he never signed the release and to not release the records. At this point I need clarity. I need the release signed or I will be forced to file a motion to compel and potentially notify the bar or police if Mr. Percle's signature was forged without his consent. I really need to hear from you asap. Also, LSU advised that Mr. Percle in Baton rouge. That being said, he can come to my office and sign release, or pick up transcript form LSU. I NEED to hear from you TODAY on this matter. I do not wish to report this to the authorities or bar if it is an oversight, but I need that information TODAY. Please advise.

Also, I left my cell phone number, but never heard from you on Friday regarding dismissing officer and claims. I know today is a no court day, so please contact me ASAP to discuss these matters. Thanks.

**From:** Tedrick Knightshead
**Sent:** Sunday, February 14, 2016 10:45 AM
**To:** Kearney Loughlin
**Cc:** Christy Duke
**Subject:** Re: Brett Percle

I left my cell but I didn't hear from you on Friday. Tomorrow is a no court day, when will you be free to talk?

On Feb 11, 2016, at 1:13 PM, Kearney Loughlin <kloughlin@att.net> wrote:

> I can do 2/29 and 2/24. I could also do 2/23 but our pre trial conference is at 2:30.
>
> Sent from my iPhone
>
> On Feb 11, 2016, at 11:04 AM, Christy Duke <CDuke@brgov.com> wrote:
>
>> Mr. Loughlin:
>>
>> I called Magistrate Bourgeois' office and requested dates for a settlement conference and he is available on the following dates and times:
>>
>> 2/22/16 @ 1:30 p.m.
>>
>> 2/23/16 @ 2 p.m.
>>
>> 2/24/16 @ 1:30 p.m.
>>
>> 2/26/16 @ 9:30 a.m.
>>
>> 2/29/16 @ 1:30 p.m.
>>
>> Please let me know as soon as possible if any of these dates work for you.

1