UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**BRETT PERCLE**

**VERSUS**

**THE CITY OF BATON ROUGE, CARL
DABADIE, JR., INDIVIDUALLY AND IN
HIS OFFICIAL CAPACITY AS CHIEF OF
THE BATON ROUGE POLICE DEPARTMENT,
DETECTIVE JASON ACREE, OFFICER JOHN DOE
NO. 1, OFFICERS JOHN DOE NOS. 2-20 AND
OFFICER ORSCINI BEARD**

**CIVIL ACTION**

**NO.   3:14-CV-00449-SDD-RLB**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# JOINT NOTICE OF SETTLEMENT

On joint motion of plaintiff, Brett Percle, and defendants, Detective Jason Acree, Officer Robert Moruzzi and The City of Baton Rouge, appearing herein through undersigned counsel, voluntarily move for an order of conditional dismissal of the plaintiff's claims alleged against all defendants and these entire proceedings with full prejudice as to the rights of all parties therein for the following reasons:

1.

The parties have amicably resolved and settled the attorney's fees and costs in the sum of FORTY-SEVEN THOUSAND FIVE HUNDRED 00/100 DOLLARS ($47,500.00) for attorney fees and THREE THOUSAND NINE HUNDRED TWELVE 43/100 DOLLARS ($3,912.43) for court costs for a total amount of $51,412.43.

2.

A formal dismissal will be entered once final settlement documents are finalized.

**WHEREFORE**, Plaintiffs and Defendants JOINTLY pray for a sixty day conditional order of dismissal.

                RESPECTFULLY SUBMITTED

                /s/ Kearney S. Loughlin
                KEARNEY S. LOUGHLIN
                La. State Bar No. 26391
                6030 Prytania Street
                New Orleans, Louisiana 70118
                Telephone:   (504) 891-3193
                Facsimile:    (504) 891-3195
                Email: kloughlin@att.net
                *Attorney for Plaintiff, Brett Percle*

                /s/ Tedrick K. Knightshead
                TEDRICK K. KNIGHTSHEAD (#28851)
                First Assistant Parish Attorney
                222 St. Louis Street, 9th Floor (70802)
                P.O. Box 1471
                Baton Rouge, LA 70821
                Telephone:  225-389-3114, Ext. 744
                Facsimile:  225- 389-8736
                Email:  tknightshead@brgov.com
                *Counsel for defendants*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Notice of Settlement was this date electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana this 23rd day of June, 2016.

/s/Tedrick K. Knightshead
TEDRICK K. KNIGHTSHEAD